■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER REYNART, Appellant. [25 NYS3d 893]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 2010 (*People v Reynart*, 71 AD3d 1057 [2010]), affirming a judgment of the County Court, Suffolk County, rendered March 8, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Chambers, Cohen and Maltese, JJ., concur.